AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

FILED
MAR 2 0 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| EHRICK STEFAN PREIS, | ) | Case No.   4:13MJ00064 DDN |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 19, 2013  in the county of  St. Charles  in the  Eastern  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. 5861(d) | knowingly possess a destructive device that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVITS (#1, #2)

☐ Continued on the attached sheet.

TFO *Tim Ware*
SA *David Whittaker*

*Complainant's signature*
TIM WARE, TASK FORCE OFFICER, DEA
DAVID WHITTAKER, SPECIAL AGENT, ATF

*Printed name and title*

Sworn to before me and signed in my presence.

Date:  3/20/2013

*David D. Noce*
*Judge's signature*

City and state:  St. Louis, Missouri    Honorable David D. Noce, U.S. Magistrate Judge

*Printed name and title*